Law Offices of
DENA MARIE YOUNG (CSB #215344)
2751 4th Street, PMB #136
Santa Rosa, CA 95405
Telephone: (707) 528-9479
Facsimile: (707) 692-5314
Email: dmyounglaw@gmail.com

Attorney for Defendant
ANDY CRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDY CRUZ,<br><br>    Defendant. | Nos.  3:23-cr-00386 CRB<br>        3:24-cr-00198 CRB<br><br>**STIPULATION AND [Proposed] ORDER TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED AND AGREED by and between Dena Marie Young, counsel for Defendant, ANDY CRUZ, and Assistant United States Attorney Kevin Yeh, that the Change of Plea /Status Hearing presently set for February 11, 2026, at 10:00 a.m., be continued to March 25, 2026, at 10:00 a.m. for change of plea.

The parties have reached an agreement to resolve this matter.  Defense counsel has met with Mr. Cruz recently but will require an additional meeting to go over the final agreement, superseding information and waiver of indictment with an interpreter.  Due to the need for an interpreter in this matter, counsel will need additional time to accomplish this. It is therefore appropriate to exclude time under the Speedy Trial Act from February 11, 2026, through March 25, 2026 (inclusive), pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties agree that the continuance is not sought for purposes of

-1-

STIPULATION AND [Proposed] ORDER
CONTINUE CHANGE OF PLEA / STATUS AND EXCLUDE TIME

delay and that the ends of justice are served by granting the continuance and outweigh the interests of the public and the defendants in a speedy trial.

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

Dated: January 29, 2026

_____/s/_____
KEVIN YEH
Assistant United States Attorney

Dated: January 29, 2026

_____/s/_____
DENA MARIE YOUNG
Counsel for Defendant
ANDY CRUZ

[Proposed] ORDER

IT IS HEREBY ORDERED that the Change of Plea / Status hearing currently set for February 11, 2026, at 10:00 a.m. be continued to March 25, 2026 at 1000 a.m.

IT IS FURTHER ORDERED that the time between February 11, 2026, and March 25, 2026, is excluded pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Based upon the parties' stipulation, the Court finds that the continuance is not sought for purposes of delay, and the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  January 30        , 2026

_____
HON. CHARLES R. BREYER
United States District Judge

-2-

STIPULATION AND [Proposed] ORDER
CONTINUE CHANGE OF PLEA / STATUS AND EXCLUDE TIME